UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                              CASE NO: 6:15-cr-71-Orl-41TBS

THOMAS SAMBORSKI, II

    Defendant.

## ORDER

This case comes before the Court on Defendant Thomas Samborski III's Motion to Place Doc. 27-1 Under Seal (Doc. 29). The document in question is an attachment to Defendant's pending motion to suppress evidence (Doc. 27). Defendant argues that the attachment (Doc. 27-1), should be sealed because it contains information which, if made public, could compromise other ongoing criminal investigations. The Government does not oppose the motion. After an independent review of a redacted version of Doc. 27-1, the Court finds Defendant's reason for sealing Doc. 27-1 outweighs the public's right of access to the information. Accordingly, the motion to seal is **GRANTED**. The Clerk shall **SEAL** Doc. 27-1 until further order by the Court.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2015.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Clerk of Court
    Defendant